**SCOTT McNAMARA**
ATTORNEY AT LAW
State Bar No. 009783
59 N. Scott Ave.
Tucson, Arizona 85701
Telephone: (520) 620-1481
Attorney for Defendant
**Erik Estrada**

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| United States of America, | NO. CR22-1214-TUC-JCH(JR) |
| Plaintiff, | SENTENCING MEMORANDUM |
| v. | |
| Erik Manuel Estrada, | |
| Defendant. | |

The defendant, Erik Estrada, submits the following Sentencing Memorandum asking the Court to follow Probation's recommendation.

Sentencing is set for Thursday, March 2, 2023 at 2:50 p.m.

RESPECTFULLY SUBMITTED:     February 20, 2023

                                         s/Scott M. McNamara
                                         Scott M. McNamara
                                         Attorney for Defendant

ECF to:

    Sarah B. Houston, AUSA

    Lisa B. Antkow, USPO

    Corey Simon
    Attorney for Co-Defendant
    Jayme Estrada

**MEMORANDUM**

I.  **ERIK, JAYME AND DANYELLA**

Erik Estrada is forty-nine (49). He is a U.S. citizen. He has no significant criminal history. ECF #8.

Jayme Estrada is Erik's wife. She is the co-defendant. Jayme and Erik were married in Tucson in 2013. They have been together for about twelve (12) years.

Both were summoned to Court. ECF #6,7. Both were released to Pretrial Services on June 24, 2022. ECF #10, 12.

Erik works full time for Circle K in Catalina, Arizona. He walks to work each day. He has done so since April of 2022. With the exception of one marijuana use on June 25, 2022, Erik has abided the terms and conditions of his release for the last seven (7) months.

Jayme, on the other hand, has not. Six (6) days after her release a warrant was issued . ECF #19. She tested positive for methamphetamine and benzodiazepine. ECF # 16. Her release was revoked on July 14, 2022. ECF #24. On July 20, 2022, she was sent to the Haven for drug treatment. ECF #25. After completing treatment she was re-released. And about a week later, another petition to revoke was filed. This time she tested positive for fentanyl and methamphetamine. ECF #31.

Erik and Jayme have a daughter. Danyella Estrada is nine (9) years old.

In May 2021, Danyella was taken from Erik and Jayme by the Department of Child Services (DCS). Among other things, they were homeless and using drugs. She was placed in the custody of Jayme's parents.

Erik has worked hard for reunification. And Danyella is on the cusp of being returned.

Erik has stayed clean. He works. Apart from his pretrial service release requirements, Erik attends DCS parenting classes, mental health treatment and substance abuse classes. DCS randomly drug tests him. DCS now permit overnight visitations. DCS has offered to help find Erik housing closer to Danyella's school to help with reunification. Similarly, Erik's supervisor at Circle K has offered to help with a transfer to a new Circle K store.

1  Erik cleaned up his life because he desperately wants to get his daughter back.  He does not want
2 Danyella to suffer the way he suffered.
3  When Erik was eight (8) months old, his father died.  He died in the worst peace time disaster in
4 Coast Guard history---Daniel Monreal Estrada, along with twenty-three (23) others drowned of the coast of
5 Florida.  They were  trapped inside Coast Guard Cutter *Blackthorn* after it collided with the oil tanker
6 *Capricorn*.
7  Later, Erik's step father abused him.
8  Still later, Erik's good jobs with Raytheon (security) and the City of Tucson (Dispatcher Fire
9 Department) evaporated because of out-sourcing and lay offs.
10  A fall at Raytheon resulted in a back injury---a laminectomy and a thoracic spine neurostimulator
11 implant.  Erik's wife, Jayme, was not available.  Drugs, homelessness and neglect followed.

12 II.  **CONCLUSION**

13  Erik has profoundly changed his life and his world view.  This arrest may have been a blessing.
14 Counseling, medication, Danyella and simple bare knucle determination have changed him.
15  It is feared that a custodial sentence will put him back to zero---no job, no housing, no Danyella and
16 out on the street again.
17  For the foregoing reasons if is respectfully requested that this Court vary downward and impose
18 probation---the sentence recommended in the pre-sentence report.

20  RESPECTFULLY SUBMITTED:    February 20, 2023

23  s/Scott M. McNamara
    Scott M.  McNamara
24  Attorney for Defendant

3