GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
Arizona State Bar No. 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 22-01214-JCH-JR-002 |
| Plaintiff, | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| vs. | |
| Jayme Megan Estrada, | |
| Defendant. | |

The United States of America, through its attorneys, respectfully submits its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for February 27, 2023.

**Presentence Report Calculations**

The presentence report (PSR) identifies a total offense level of 15 and a criminal history category II for the defendant resulting in a sentencing guideline range of 21 to 27 months. The government agrees with these calculations. Under the plea agreement, the defendant's sentence cannot exceed the bottom of the applicable guideline range.

**Sentencing Factors**

Title 18 U.S.C. § 3553(a) states that when imposing a sentence, a court shall consider "the nature and circumstances of the offense and the history and characteristics of

the defendant." The sentence imposed shall reflect the seriousness of the offense, provide just punishment, afford adequate deterrence to further criminal conduct, and protect the public from further crimes of the defendant. 18 U.S.C. §3553(a)(2). The sentence shall also consider "the need to avoid unwarranted sentence disparities among defendants with similar records, who have been found guilty of similar conduct." 18 U.S.C. §3553(a)(6).

The defendant and her husband (who is also her codefendant) were purchasing firearms for minors and others for an eight-month period. The defendant stated that several firearms she purchased were transferred to individuals who lived in California. The defendant lied about her address on each Form 4473 that's he completed to purchase firearms. She admitted that she knew she was buying the firearms for minors who were too young to legally purchase them.

Straw purchasing and transfers of firearms to prohibited persons, including minors, contributes to gun violence in this country. In 2019, the USDOJ Bureau of Justice Statistics issued a study about the connection between firearms and violent crimes. "Source and Use of Firearms Involved in Crimes: Survey of Prison Inmates, 2016, https://bjs.ojp.gov/content/pub/pdf/suficspi16.pdf (*last accessed 2/21/23*). The study focused on firearm possession of prisoners during the offenses that led to their incarceration at both the federal and state level. Among prisoners who possessed a firearm during the commission of an offense, 90% did not obtain the firearm from a retail source. *Id.* p. 1. When a firearm is purchased from federal firearm licensees, a background check is conducted that is intended to prevent minors and other prohibited persons from purchasing firearms. Unscrupulous actors, like the defendants, who purchase firearms with the intention of transferring them to people who are prohibited by law from possessing firearms, bypass these safeguards. Without straw purchasers, it would be much more difficult for prohibited persons to get firearms.

The defendant did respond to a summons and appeared at her initial appearance. She was released on conditions. After a relapse she was placed at the Haven for substance abuse treatment. She completed the program but continued to use both fentanyl and

methamphetamine. Her release was revoked, and she has been in custody since November of 2022. The defendant has struggled with substance abuse and mental health issues for many years.

This case is also not the defendant's first felony. She was convicted of two felonies in Pima County Superior Court. She violated her probation and was sentenced to 30 months in prison.

**Recommendation**

The United States agrees with the reasoning and recommendation in the PSR and respectfully requests that the Court impose a sentence of 18 months. Such a sentence would be consistent with § 3553(a) factors. It would reflect the seriousness of the offense, promote respect for the law, and deter the defendant from committing further crimes.

Respectfully submitted this 21st day of February, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Sarah B. Houston*

SARAH B. HOUSTON
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 21st day of February, 2023, to:

All ECF Participants